IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
FEB 2 2 2024
CLERK, U.S. DISTRICT COURT
By_____ Deputy

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 2-24CR011-Z |
| JAIME RENE CARRILLO-VILLELA | |

INDICTMENT

The Grand Jury Charges:

Count One
Illegal Re-Entry After Deportation
(Violation of 8 U.S.C. §§ 1326(a) and (b)(1);
and 6 U.S.C. §§ 202(3), 202(4), and 557)

On or about January 24, 2024, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Jaime Rene Carrillo-Villela**, defendant, an alien, knowingly entered, attempted to enter, and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at and near the Port of Departure at Nogales, Arizona, on or about June 27, 2022, and not having received the express consent of the Attorney General of the United States and the Secretary of Homeland Security to apply for readmission to the United States since the time of his previous denial of admission, exclusion, deportation, and removal therefrom.

In violation of Title 8, United States Code, Section 1326(a), and Title 6, United States Code, Sections 202(3), 202(4), and 557; the penalty for which is found in Title 8, United States Code, Sections 1326(a) and (b)(1).

A TRUE BILL:

_____
FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____
JOSHUA FRAUSTO
Assistant United States Attorney
Attorney-in-Charge
Texas State Bar No. 24074228
500 South Taylor Street, Suite 300
Amarillo, Texas  79101-2446

Telephone:   806-324-2356
Facsimile:   806-324-2399
E-Mail:      joshua.frausto@usdoj.gov

Jaime Rene Carrillo-Villela
Indictment — Page 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

JAIME RENE CARRILLO-VILLELA

INDICTMENT

8 U.S.C. §§ 1326(a) and (b)(1),
6 U.S.C. §§ 202(3), 202(4), and 557
Illegal Re-Entry After Deportation

(1 COUNT)

A true bill rendered:

Amarillo _____ *[signature]* _____ FOREPERSON

Filed in open court this __22nd__ day of __February__, A.D. 2024.

_____ Clerk

DEFENDANT IN FEDERAL CUSTODY
(Complaint filed 1/25/2024 – 2:24-MJ-10)

_____
UNITED STATES MAGISTRATE JUDGE